# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

MARCUS TAYLOR                                                                    PLAINTIFF
Reg. #62930-037

V.                              No. 2:20-CV-00207-LPR-JTR

UNITED STATES OF AMERICA, *et al.*                                            DEFENDANTS

## ORDER

Plaintiffs Marcus Taylor, Bobby Wells, Brian Mahaney, Frank Skinner, Harold Allen, Robert Vaughan, and Jonnie Allie have filed a "Motion for Monetary Damages" in this consolidated § 1983 action. *Doc. 19*. In this filing, Plaintiffs seek to clarify that they are seeking monetary relief as a remedy in this case. The Clerk is directed to amend the docket to describe *Doc. 19* as a "Supplement to Complaint."

The Supplement to Complaint, *Doc. 19*, will be construed, together with the Complaint, *Doc. 1*, as constituting the Plaintiffs' claims in this case. *See Kiir v. North Dakota Public Health,* 651 F. App'x 567, 568 (8th Cir. 2016) (amendment "intended to supplement, rather than to supplant, the original complaint," should be read together with original complaint as *pro se* plaintiff's complaint).

DATED this 25th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE