IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARCUS TAYLOR**                                                                                                    **PLAINTIFF**
Reg. #62930-037

V.                                              No. 2:20-cv-00207-LPR-JTR

**UNITED STATES OF AMERICA**, *et al.*                                                              **DEFENDANTS**

## ORDER

The Court has received a Recommendation from Magistrate Judge J. Thomas Ray to dismiss the claims of consolidated Plaintiff Johnny Allie for failure to prosecute (Doc. 23). No objections have been filed and the time for doing so has expired. After careful review of the Recommendation and a *de novo* review of the Record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Allie's claims are DISMISSED without prejudice for failure to prosecute, and Case No. 2:20-cv-00211-LPR-JTR is closed. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 7th day of April 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT